# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LEE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RUBEN H. HERNANDEZ JR. D/B/A HARBOR APPLIANCE; FRANCISCO JAVIER GONZALEZ; and DOES 1 to 10,<br><br>　　　　Defendants. | **Case No.: 8:24-cv-00072-FWS (KESx)**<br><br>**Proposed Judgment Re: Default Judgment**<br><br>Date: May 2, 2024<br>Time: 10:00 a.m.<br>Courtroom: 10D<br><br>Honorable Judge Fred W. Slaughter |

　　Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff JOHN LEE shall have JUDGMENT in Plaintiff's favor in the amount of $3,020.00 as fees-and-costs award against Defendants RUBEN H. HERNANDEZ JR. D/B/A HARBOR APPLIANCE and FRANCISCO JAVIER GONZALEZ.

//

//

//

1  Additionally, Defendants RUBEN H. HERNANDEZ JR. D/B/A HARBOR
2  APPLIANCE and FRANCISCO JAVIER GONZALEZ are ordered to provide an
3  accessible parking space at the property located at or about 1114 N. Harbor Blvd., Santa
4  Ana, California, in compliance with the Americans with Disabilities Act Accessibility
5  Guidelines.

7  Dated: _____            _____

9                                       United States District Judge